UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES AND KIMBERLY MAJORS,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL CREDIT ADJUSTERS, LLC,,<br><br>Defendant. | No. 1:16-cv-00547-DAD-BAM<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 8) |

On June 14, 2016, plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 8.)  No responsive pleading has been filed in this action.  In light of this, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:  **June 15, 2016**                              _____
                                                                              UNITED STATES DISTRICT JUDGE

1